Filed 10/7/15  P. v. Daniels CA1/4

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION FOUR

| | |
|---|---|
| THE PEOPLE,<br><br>        Plaintiff and Respondent,<br><br>v.<br><br>CURTIS RAY DANIELS,<br><br>        Defendant and Appellant. | A138261<br><br>(Mendocino County<br>Super. Ct. No. CR1220985) |

Appellant, Curtis Ray Daniels, entered no contest pleas to possession of a controlled substance (Health & Saf. Code, § 11377), committing the offense while on bail (Pen. Code, § 1320.5), and being armed with a firearm (Pen. Code, § 12022.1).  He received an aggregate term of four years.

Appellant has filed an opening brief raising no issues and asking the court to conduct an independent review of the record pursuant to *People v. Wende* (1979) 25 Cal.3d 436.  We have undertaken the requested review and conclude that there are no arguable issues.

Appellant was represented throughout the proceedings by counsel.  Counsel advised Appellant of his right to file a supplemental brief.  His no contest plea was validly entered after advisement of rights and consequences.  The plea was validly entered. pursuant to a negotiated disposition, and appellant received the bargained for sentence, and stipulated that there was a factual basis for the pleas.  There was no sentencing error and no abuse of discretion.

The judgment is affirmed.

1

_____
REARDON, J.

We concur:


_____
RUVOLO, P. J.


_____
RIVERA, J.